

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**1 : 06-cv- 0 6 2 7 -DFH -VSS**

April 3, 2006

United States District Court
Southern District Indiana - Laura A. Briggs, Clerk
46 E. Ohio Street, Room 105
Indianapolis, IN 46204

**FILED** DFH
APR 1 4 2006
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Re:   Transfer of our Civil Case No.  CV 05-8168-JFW(FMOx)

Case Title:  John Roe I, et al vs Bridgestone Corporation, et al

Dear Sir/Madam:

An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket.  Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office.  Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By _Pat Bayl_ (213) 894-4987
Deputy Clerk

cc:   All counsel of record

=================================================================================

**TO BE COMPLETED BY RECEIVING DISTRICT**

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV: _____.

Clerk, U.S. District Court

By _____
Deputy Clerk

CV-22 (01/01)                    **TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT**