UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BOIMAH FLOMO, *et al*, | ) |
|     *Plaintiffs*, | ) |
| | ) |
|     *vs*. | )   1:06-cv-00627-WTL-JMS |
| | ) |
| BRIDGESTONE AMERICAS HOLDING, INC., *et al.*, | ) |
|     *Defendants*. | ) |

## ORDER

Presently before the Court is Defendants' Fee Petition on the Court's June 16, 2009 Discovery Order (the "Fee Petition"). [Dkt. 242.]

The District Judge recently issued a decision that deferred Plaintiffs' obligation to provide Defendants with the answers the interrogatories at issue until after the ruling on the pending summary judgment motion, assuming the summary judgment ruling doesn't completely dispose of this case. [Dkt. 352]. Consistent with that deferral, the Court concludes that the Fee Petition is, at this point, premature. Accordingly, the Court **DENIES** it **WITHOUT PREJUDICE** to refile it if Plaintiffs are ultimately obligated to answer the interrogatories.

01/12/2010

                                      Jane Magnus-Stinson
                                      United States Magistrate Judge
                                      Southern District of Indiana

**Distribution via ECF only:**

Terrence P. Collingsworth
CONRAD & SCHERER
tc@conradscherer.com

Katie J. Colopy
JONES DAY
kjcolopy@jonesday.com

Rafael S. Garcia
CONRAD & SCHERER, LLP
633 S. Federal Highway, 8th Floor
Ft. Lauderdale, FL 33301

C. Christopher Groves
JONES DAY
cgroves@jonesday.com

Paul L. Hoffman
SCHONBRUN DESIMONE SEPLOW HARRIS & HOFFMAN
723 Ocean Front Walk
Suite 100
Venice, CA 90291

Kimberly Denise Jeselskis
MACEY SWANSON AND ALLMAN
kjeselskis@maceylaw.com

Christian Alexandra Levesque
CONRAD & SCHERER
cl@conradscherer.com

Barry A. Macey
MACEY SWANSON AND ALLMAN
bmacey@maceylaw.com

Nora L. Macey
MACEY SWANSON AND ALLMAN
nmacey@maceylaw.com

Mark J. R. Merkle
KRIEG DEVAULT LLP
mmerkle@kdlegal.com

Robert A. Mittelstaedt
JONES DAY
ramittelstaedt@jonesday.com

Marc T. Quigley
KRIEG DEVAULT LLP

mquigley@kdlegal.com

Thomas A. Rector
JONES DAY
tarector@jonesday.com

Michael L. Rice
JONES DAY
mlrice@jonesday.com

Benjamin Schonbrun
SCHONBRUN DeSIMONE SEPLOW HARRIS & HOFFMAN, LLP
schonbrun.ben@gmail.com

Kasper Sorensen
CONRAD & SCHERER, LLP
633 S. Federal Highway, 8th Floor
Ft. Lauderdale, FL 33301