UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BOIMAH FLOMO, *et al.*,<br>    *Plaintiffs*,<br><br>   *vs.*<br><br>FIRESTONE NATURAL RUBBER COMPANY,<br>    *Defendant*. | )<br>)<br>)<br>)    1:06-cv-00627-JMS-TAB<br>)<br>)<br>)<br>) |

### FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT** as follows:

- All Plaintiffs' claims against Defendants Daniel J. Adomitis and Charles Stuart are dismissed without prejudice.

- All Plaintiffs' claims against Defendants Bridgestone Corporation and Firestone Plantations Company are dismissed with prejudice.

- As to the remaining Defendants, the claims alleged in Counts One and Three through Twelve of the Complaint are dismissed with prejudice, and summary judgment is entered in favor of those Defendants for the claim alleged in Count Two of the Complaint.

Given the dispositions outlined above, Plaintiffs shall take nothing by way of their Complaint. No costs are taxed.

10/19/2010

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via CM/ECF only:**

Terrence P. Collingsworth
CONRAD & SCHERER
tc@conradscherer.com

Katie J. Colopy
JONES DAY
kjcolopy@jonesday.com

Rafael S. Garcia
CONRAD & SCHERER, LLP
rgarcia@conradscherer.com

C. Christopher Groves
JONES DAY
cgroves@jonesday.com

Piper M. Hendricks
CONRAD & SCHERER LLP
phendricks@conradscherer.com

Paul L. Hoffman
SCHONBRUN DESIMONE SEPLOW HARRIS & HOFFMAN
723 Ocean Front Walk
Suite 100
Venice, CA 90291

Kimberly D. Jeselskis
JESELSKIS LAW OFFICES, LLC
kjeselskis@kdjlegal.com

Christian Alexandra Levesque
CONRAD & SCHERER
cl@conradscherer.com

Mark J. R. Merkle
KRIEG DEVAULT LLP
mmerkle@kdlegal.com

Robert A. Mittelstaedt
JONES DAY
ramittelstaedt@jonesday.com

Marc T. Quigley
KRIEG DEVAULT LLP

mquigley@kdlegal.com

Thomas A. Rector
JONES DAY
tarector@jonesday.com

Michael L. Rice
JONES DAY
mlrice@jonesday.com

Benjamin Schonbrun
SCHONBRUN DeSIMONE SEPLOW HARRIS & HOFFMAN, LLP
schonbrun.ben@gmail.com

Kasper Sorensen
CONRAD & SCHERER, LLP
ksorensen@conradscherer.com

David L. Wallach
JONES DAY
dwallach@jonesday.com